JOHN HOEY, PLAINTIFF IN ERROR, AND ZADOCK H. JARMAN, DEFENDANT IN ERROR.

In error to the Supreme Court.

PER CURIAM.    The judgment of the Supreme Court is affirmed, for the reasons given by that court.    10 *Vroom* 523.

*For affirmance*—THE CHANCELLOR, DIXON, REED, WOODHULL, CLEMENT, DODD, GREEN, LILLY, WALES.    9.

*For reversal*—None.